■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL L. GOODELL, Also Known as DANIEL GOODELL, Appellant. [963 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Craw-*

*ford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Violation of Probation.) Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.